UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL OROZCO, | | No. C 07-4328 SI (pr) |
| Plaintiff, | | **ORDER OF TRANSFER** |
| v. | | |
| POMONA POLICE DEPT.; et al., | | |
| Defendants. | / | |

Michael Orozco filed this civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions that occurred when he was arrested several times by Pomona Police Department officers, apparently in Pomona, California. Pomona is in Los Angeles County, within the venue of the Central District of California. The defendants, all of whom allegedly are employed at the Pomona Police Department, also apparently reside in the Central District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: September4, 2007

_____
SUSAN ILLSTON
United States District Judge